

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2015

No. 04-15-00362-CV

Javan P. **SMITH**,
Appellant

v.

**DC CIVIL CONSTRUCTION, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015-CV-01978
Honorable Martha Tanner, Judge Presiding

# O R D E R

On November 3, 2015, we abated this appeal to the trial court for a hearing on appellant's affidavit of indigence. On December 11, 2015, a supplemental clerk's record was filed containing an order signed by the trial court on November 23, 2015. The trial court's order sustained the contest to appellant's indigence; therefore, appellant is not entitled to proceed on appeal without paying costs. The appeal is REINSTATED on the docket of this court.

The clerk's record was filed in this appeal on October 14, 2015; however, the reporter's record remains pending. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee for the preparation of the reporter's record. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2015.



Keith E. Hottle
Clerk of Court